UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| R. PEACHER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 1:11-cv-601-SEB-DKL |
| ) | |
| ALAN FINNAN and KEITH BUTTS, ) | |
| ) | |
| Defendants. ) | |

# FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. Judgment is entered for the defendants and against the plaintiff.

Date: 9/30/2014

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel